## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

P.J. Stevens,                                                               Civil No. 07-626 (RHK/RLE)

           Plaintiff,                                             **ORDER**

vs.

Debra J. Braselton,

           Defendant.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 3) is **ADOPTED**;

2. Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (Doc. No. 2) is **DENIED AS MOOT**; and

3. This action is **SUMMARILY DISMISSED** pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii) and (iii).

Dated: March 5, 2007

                                                                     s/Richard H. Kyle  
                                                                     RICHARD H. KYLE  
                                                                     United States District Judge